# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

IN RE:  
Timothy S Borger, SR  
Desty Jo Borger

CASE NO: 14-12273  
CHAPTER 13

### NOTICE OF CLAIM SATISFACTION

As to Claim 5-1 filed on 8/28/14, Wells Fargo Bank, N.A. ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee.

/s/ Janet Samuelson  
Janet Samuelson  
Bankruptcy Specialist  
Wells Fargo Bank, N.A. ("Wells Fargo")  
PO Box 10438  
Des Moines, IA 50306  
1-800-847-8899