UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: TIMOTHY S. BORGER, SR.                    ) | |
|     DESTY JO BORGER                    ) | CHAPTER 13 |
|     **Debtor(s)**                    ) | |
|            )                    | CASE NO. 14-12273 (REF) |
| SANTANDER CONSUMER USA INC.,                    ) | |
| AN ASSIGNEE OF FIFTH THIRD BANK                    ) | |
|     **Moving Party**                    ) | |
|      v.                    ) | |
|            )                    | |
| TIMOTHY S. BORGER, SR.                    ) | |
| DESTY JO BORGER                    ) | |
|     **Respondent(s)**                    ) | |
|            )                    | |
| FREDERICK L. REIGLE                    ) | |
|     **Trustee**                    ) | |

## PRAECIPE WITHDRAWING NOTICE OF APPEARANCE AND REQUEST OF SERVICE

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Santander Consumer USA Inc., an assignee of Fifth Third Bank filed on or about August 24, 2016 for the above-referenced case, number 56 on the docket.

Date: 8/31/16

_/s/ William E. Craig_____
William E. Craig, Esquire
Morton & Craig LLC
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Santander Consumer USA Inc., an assignee of Fifth Third Bank