**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** <br><br> **TIMOTHY S., SR. AND DESTY JO BORGER,** <br><br><br> **Debtors** | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 14-12273 REF** |

**PRAECIPE TO CHANGE ADDRESS**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly change the above referenced Debtors' address to the following:

> 910 North Broad Street
> Lot 508
> Brooksville, FL 34601

Date:    October 5, 2016

                                                Respectfully submitted,\

                                                **Hartman, Valeriano, Magovern & Lutz, P.C.**

                              *by:*    */s/ George M. Lutz*

                                                  George M. Lutz, Esquire
                                                  1100 Berkshire Blvd., Suite 301
                                                  Wyomissing, PA  19610
                                                  Attorney I.D. No. 46437
                                                  Phone:  610-779-0772
                                                  Email:  glutz@hvmllaw.com