United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-12273-ref
Timothy S. Borger, Sr.                                                  Chapter 13
Desty Jo Borger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Angela          Page 1 of 2          Date Rcvd: Nov 09, 2016
                              Form ID: 138NEW       Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2016.
db/jdb         #+Timothy S. Borger, Sr.,   Desty Jo Borger,   275 Moorestown Drive,   Bath, PA 18014-9705
smg             +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg             +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg             +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr              +NCEP, LLC by AIS Data Services, LP as agent,   PO Box 165028,   Irving, TX 75016-5028
cr              +Santander Consumer USA Inc., an assignee of Fifth,   P.O. Box 660633,   Dallas, TX 75266-0633
cr              +Wells Fargo Bank, N.A.,   Po Box 10438,   Des Moines, IA 50306-0438
13271199        +Alan S. Brau, MD PC,   4315 Easton Ave. Unit 2,   Bethlehem, PA 18020-1498
13271200        +Aspen Dental,   c/o Computer Credit,   640 W. 4th St. POB 5238,   Winston Salem, NC 27113-5238
13271201        +Bank of America,   POB 15222,   Wilmington, DE 19886-5222
13366643        +Bank of America, N.A.,   c/o KML Law Group, P.C.,   701 Market Street, Suite 5000,
                  Philadelphia PA 19106-1541
13322040        +Bank of America, NA,   c/o Joshua I. Goldman, Esq.,   KML Law Group, PC,
                  701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13271202        +Capital One,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
13271203        +FINANCIAL RECOVERIES,   200 E PARK DR STE 100,   MOUNT LAUREL, NJ 08054-1297
13794045        +Fifth Third Bank,   c/o William E. Craig, Esq.,   110 Marter Avenue, Suite 301,
                  Moorestown, NJ 08057-3124
13438950        +George M. Lutz, Esquire,   Case, DiGiamberardino & Lutz, P.C.,   845 North Park Road, Suite 101,
                  Wyomissing, PA 19610-1342
13271204        +Health Network Laboratories,   POB 8500 Lockbox #9581,   Philadelphia, PA 19178-8500
13271206        +Lehigh Valley Health Network,   POB 8500 #8076,   Philadelphia, PA 19178-8500
13271207        +MABT/CONTFIN,   121 Continental Dr., Ste. 108,   Newark, DE 19713-4326
13271208        +Medical Imag. of Lehigh Valley,   P.O. Box 3226,   Allentown, PA 18106-0226
13271209         Muhlenberg Hospital Center,   c/o Penn Credit Corporation,   P.O. Box 988,
                  Harrisburg, PA 17108-0988
13813469        ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,   PO Box 619096,   Dallas, TX 75261-9741)
13561303        +NCEP, LLC,   P.O. Box 165028,   Irving, TX 75016-5028
13573228        +NCEP, LLC,   by AIS Data Services, LP as agent,   PO Box 165028,   Irving, TX 75016-5028
13271210        +National Recovery Agency,   2491 Paxton Street,   Harrisburg, PA 17111-1036
13271211        +PENN CREDIT CORPORATION,   916 S 14TH ST,   HARRISBURG, PA 17104-3425
13271212        +Progressive Physician Associates,   c/o Rickart Collection Systems, Inc.,   575 Milltown Road,
                  POB 7242,   North Brunswick, NJ 08902-7242
13271214        +Radiology and MRI of Bethlehem,   c/o Rickart Collection Systems, Inc.,
                  575 Milltown Rd. POB 7242,   North Brunswick, NJ 08902-7242
13271215        +Revenue Recovery Corporation,   612 Gay St.,   Knoxville, TN 37902-1603
13271216        +Santander Consumer,   5201 Rufe Snow Dr.,   North Richland Hills, TX 76180-6036
13290380        +Santander Consumer USA,   Po Box 560284,   Dallas, TX 75356-0284
13326011        +Santander Consumer USA, Inc.,   c/o William E. Craig, Esq.,   110 Marter Avenue, Suite 301,
                  Moorestown, NJ 08057-3124
13271217        +St. Luke's ER Phys. Specialists,   POB 5386,   Bethlehem, PA 18015-0386
13271218        +St. Luke's Health Network,   801 Ostrum Street,   Bethlehem, PA 18015-1000
13271219        +St. Luke's Physician Group,   P.O. Box 5386,   Bethlehem, PA 18015-0386
13271220        +VERIZON WIRELESS,   PO BOX 26055,   MINNEAPOLIS, MN 55426-0055
13271221        +Wells Fargo Bank,   POB 14517,   Des Moines, IA 50306-3517
13377119        +Wells Fargo Card Services,   1 Home Campus 3rd Floor,   Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: robertsl2@dnb.com Nov 10 2016 02:04:08      Dun & Bradstreet, INC,
                  3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2016 02:03:58
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 10 2016 02:04:12      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13271198        +E-mail/Text: bankruptcy@sw-credit.com Nov 10 2016 02:04:05      AAA,
                  c/o Southwest Credit Systems, L. P.,   4120 International Pkwy., Suite 1100,
                  Carrollton, TX 75007-1958
13339635         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 10 2016 01:48:22
                  American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                  Oklahoma City, OK  73124-8838
13271205         E-mail/Text: bankruptcy@icsystem.com Nov 10 2016 02:04:28      I.C. Systems, Inc.,
                  444 Highway 96 East,   P.O. Box 64437,   St. Paul, MN 55164-0437
13349977         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2016 01:48:46
                  Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
                                                                                               TOTAL: 7

```
District/off: 0313-4          User: Angela                 Page 2 of 2                  Date Rcvd: Nov 09, 2016
                              Form ID: 138NEW              Total Noticed: 46
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +NCEP, LLC,   P.O. Box 165028,   Irving, TX 75016-5028
13271213     ##+Progressive Physician Associates,   POB 20647,   Lehigh Valley, PA 18002-0647
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2016 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Joint Debtor Desty Jo Borger glutz@hvmllaw.com,  amerkey@hvmllaw.com
              GEORGE M. LUTZ    on behalf of Debtor Timothy S. Borger, Sr. glutz@hvmllaw.com,
               amerkey@hvmllaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., an assignee of Fifth
               Third Bank mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Timothy S. Borger, Sr. and Desty Jo
Borger
        Debtor(s)                          Bankruptcy No: 14−12273−ref
                                                                           Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge
of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C.
§1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        400 Washington Street
        Suite 300
        Reading, PA 19601

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                                          For The Court

                                                                          Timothy B. McGrath
                                                                          Clerk of Court

Dated: 11/9/16

                                                                                                                    65 − 64
                                                                                                Form 138_new